FILED

JUN 16 2009

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FREDERICK W. BAUER,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　v.　　　　　　　　　　　　　　　)　Civil Action No.　09 1097
　　　　　　　　　　　　　　　　　　)
HARLEY LAPPIN, *et al.*,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　　　)

## MEMORANDUM OPINION

This matter is before the Court on initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The instant complaint appears to be a copy of the complaint filed in a civil action already pending in this Court. *See Bauer v. Lappin*, Civ. No. 09-0975 (UNA) (D.D.C. filed May 26, 2009). The Court will dismiss the instant complaint without prejudice as duplicative of the prior civil action.

An Order consistent with this Memorandum Opinion will be issued separately on this same date.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: 6/5/09